**United States District Court**
For the Northern District of California

1
2
3                     UNITED STATES DISTRICT COURT
4                     NORTHERN DISTRICT OF CALIFORNIA
5
6
7    SPIRO ZOGRAFOS,
8              Plaintiff(s),              No. C 05-3881 PJH
9        v.                               **ORDER SCHEDULING CASE
                                          MANAGEMENT CONFERENCE**
10
11   CITY AND COUNTY OF SAN
     FRANCISCO, et al.,
12             Defendant(s).
                                    /
13   _____
14         The court having granted summary judgment in favor of the City and County of San
15   Francisco ("CCSF") on plaintiff's federal claims and three of his four state law claims,
16   having not yet determined whether it will exercise or decline to exercise supplemental
17   jurisdiction over plaintiff's remaining state law claim against CCSF, and being unclear on
18   what if any federal claims remain against defendant Morey, orders **all parties** to appear at
19   a case management conference on January 4, 2007 at 2:30 p.m.  Because pretrial papers
20   are due to be filed on January 23, 2007, this date will not be continued absent the most
21   compelling of circumstances.
22   Dated: December 13, 2006
23   **IT IS SO ORDERED.**
24                                  _____
25                                  PHYLLIS J. HAMILTON
                                    United States District Judge
26
27
28