Robert E. Belshaw (CSB #142028)
Of Counsel
Gutierrez ▪ Ruiz
244 California Street, Suite 300
San Francisco, CA  94111
Telephone: (415) 398-9000
Facsimile: (415) 398-5800
Email:      rbelshaw@gutierrez-ruiz.com

Attorney for Defendant
KENNETH MOREY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIRO ZOGRAFOS,<br><br>   Plaintiff,<br><br>   vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, KENNETH MOREY, an individual, and DOES 1 through 25, inclusive,<br><br>   Defendants. | Case No.: 053881 PJH<br><br>**Order re Dismissal of 42 U.S.C. § 1983 Claim** |

**ORDER**

**IT IS HEREBY ORDERED THAT** Plaintiff's claims under 42 U.S.C. Section 1983 against Defendant Kenneth Morey are dismissed with prejudice.

DATED:  12/22/06              _____
                              HON. Phyllis J. Hamilton
                              United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Phyllis J. Hamilton]*

**Proposed Order re Dismissal of 42 U.S.C. § 1983 Claim**
**Case No.:  053881 PJH**

1
2
3
4
5
6
7
8
9
10
11
12
13
14

## ORDER

15

**IT IS HEREBY ORDERED THAT** all of Plaintiff's claims under 42 U.S.C. Section 1983

16

against Defendant Kenneth Morey are dismissed with prejudice.

17
18

DATED: _____   _____

19

HON. Phyllis J. Hamilton

20

United States District Court Judge

21
22
23
24
25
26
27

**Proposed Order re Dismissal of 42 U.S.C. § 1983 Claim**
**Case No.: 053881 PJH**