1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar # 83788
   Chief Labor Attorney
3  JONATHAN C. ROLNICK, State Bar #151814
   STEPHANIE A. GLEASON, State Bar #172734
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 5th
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3827
   Facsimile:    (415) 554-4248
7
8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIRO ZOGRAFOS, | Case No. 05-3881 PJH |
| Plaintiff, | *E-FILING CASE* |
| vs. | **STIPULATION AND PROPOSED ORDER DISMISSING WITH PREJUDICE CLAIMS OF (2); (3); (8); & (9) BY PLAINTIFFS SPIRO ZOGRAFOS AGAINST THE CITY AND COUNTY OF SAN FRANCISCO** |
| CITY AND COUNTY OF SAN FRANCISCO, KENNETH MOREY, an individual, and DOES 1 through 25, inclusive, | |
| Defendants. | Action Filed:    August 10, 2005 |

STIP & ORDER RE DISMISSAL W/PREJUDICE
CASE NO. 05-3881 PJH

c:\documents and settings\duckworth\local settings\temporary internet files\olk8d82\040107 stip re dismissal 2006-06-07384484434.doc

1  **IT IS HEREBY STIPULATED**, by and among the parties through their respective counsel
2  that the following claims brought by Plaintiff, Spiro Zografos, against the Defendant, the City and
3  County of San Francisco, hereby are dismissed with prejudice pursuant to Federal Rule of Civil
4  Procedure 41(a)(1); (2) Assault; (3) Battery; (8) Termination in Violation of Public Policy; and (9)
5  False Imprisonment. The parties further request that the district court enter an order to that effect.
6  The parties also agree that with respect to these claims each side will be responsible for their
7  respective attorney fees and costs.

8  **SO STIPULATED.**

9  Dated: October 8, 2006September 25, 2006

11  By: _____
    TOM DUCKWORTH

12  Attorney for Plaintiff
    SPIRO ZOGRAFOS

14  Dated: October 8, 2006September 25, 2006

15  DENNIS J. HERRERA
16  City Attorney
    ELIZABETH S. SALVESON
17  Chief Labor Attorney
    JONATHAN C. ROLNICK
18  STEPHANIE A. GLEASON
    Deputy City Attorneys

20  By: _____
    STEPHANIE A. GLEASON

22  Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO

23  ///
24  ///
25  ///
26  ///
27  ///

28  STIP & ORDER RE DISMISSAL W/PREJUDICE    1
    CASE NO. 05-3881 PJH

# ORDER

**IT IS HEREBY ORDERED THAT** the following claims of Plaintiff Spiro Zografos against the Defendant City and County of San Francisco, (2) Assault; (3) Battery; (8) Termination in Violation of Public Policy; and (9) False Imprisonment are dismissed with prejudice.

DATED: 1-4-07

HON. PHYLLIS J. HAMILTON
United States District Court Judge