UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPIRO ZOGRAFOS,

    Plaintiff(s),

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendant(s).

    No. C 05-3881 PJH

    **ORDER OF REMAND**

    The court having granted summary judgment to defendant City and County of San Francisco on the only federal claim asserted against it and the parties having stipulated to a dismissal with prejudice of the only federal claim asserted against defendant Kenneth Morey, and in light of the absence of any objection expressed at the case management conference on January 4, 2007, the court declines to continue to exercise supplemental jurisdiction over the remaining state law claims and hereby REMANDS this case to the Superior Court for the City and County of San Francisco. The court advises the Superior Court that trial of this matter was scheduled to commence on March 19, 2007. That date is VACATED.

**IT IS SO ORDERED.**

Dated: January 4, 2007

PHYLLIS J. HAMILTON
United States District Judge